Certificate Number: 13858-PAM-CC-029974031


13858-PAM-CC-029974031

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 3, 2017, at 11:24 o'clock PM EDT, John Shea received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 3, 2017            By:    /s/Wendel Ruegsegger

                                   Name:  Wendel Ruegsegger

                                   Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).