# Capital BLUE ✛

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

| | Number | |
|---|---|---|
| | Check Date | 09/08/2017 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

**Net Pay 1433.45**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| John W. Shea | | | | | 09/08/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1832.00 | 44241.12 |
| Total Deductions | | 398.55 | 10534.35 |
| Total Net | | 1433.45 | 33520.07 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Employee Recognition Program | | | | 186.70 |
| Holiday Pay | | | | 901.36 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | | | | 78.93 |
| Paid Time Off | | | | 2952.60 |
| Regular Pay | 80.00 | 22.90 | 1832.00 | 28829.85 |
| Retail Store Incentives | | | | 10723.28 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Hampden Twp LST | 2.00 | 36.00 |
| Employee 401k Contribution | 54.96 | 1321.63 |
| Federal Withholding | 66.55 | 3162.53 |
| 401k Loan Number 1 | 24.22 | 435.96 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 18.32 | 442.40 |
| Employee Medicare | 26.57 | 641.50 |

| | | |
|---|---|---|
| Pennsylvania State Withholding | 56.24 | 1358.16 |
| PA Unemployment Employee | 1.28 | 30.97 |
| Employee Social Security | 113.58 | 2742.95 |
| Supplemental Life | 31.68 | 346.50 |
| Dep Life Child | 1.00 | 5.00 |
| Dep Life Spouse | 2.15 | 10.75 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxx | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | PNC | 1433.45 |

# Capital BLUE 🕱

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

Number
Check Date          08/25/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

Net Pay   3811.29

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| John W. Shea | | | | | 08/25/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 5358.70 | 42409.12 |
| Total Deductions | | 1547.41 | 10135.80 |
| Total Net | | 3811.29 | 32086.62 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Employee Recognition Program | | | | 186.70 |
| Holiday Pay | | | | 901.36 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | | | | 78.93 |
| Paid Time Off | 40.00 | 22.90 | 916.00 | 2952.60 |
| Regular Pay | 40.00 | 22.90 | 916.00 | 26997.85 |
| Retail Store Incentives | | 1.70 | 1.70 | 10723.28 |
| | | 3525.00 | 3525.00 | |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Hampden Twp LST | 2.00 | 34.00 |
| Employee 401k Contribution | 160.76 | 1266.67 |
| Federal Withholding | 693.81 | 3095.98 |
| 401k Loan Number 1 | 24.22 | 411.74 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 53.59 | 424.08 |

Case 1:17-bk-04326-HWV    Doc 14    Filed 11/02/17    Entered 11/02/17 09:55:11    Desc
Main Document      Page 3 of 28

| | | |
|---|---:|---:|
| Employee Medicare | 77.70 | 614.93 |
| Pennsylvania State Withholding | 164.51 | 1301.92 |
| PA Unemployment Employee | 3.75 | 29.69 |
| Employee Social Security | 332.24 | 2629.37 |
| Supplemental Life | 31.68 | 314.82 |
| Dep Life Child | 1.00 | 4.00 |
| Dep Life Spouse | 2.15 | 8.60 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| XXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | PNC | 3811.29 |

Case 1:17-bk-04326-HWV    Doc 14    Filed 11/02/17    Entered 11/02/17 09:55:11    Desc
Main Document      Page 4 of 28

# Capital BLUE

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

| | |
|---|---|
| Number | - - - |
| Check Date | 08/11/2017 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

Net Pay  1442.09

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| John W. Shea | .- . | | | | 08/11/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 81.00 | 1843.45 | 37050.42 |
| Total Deductions | | 401.36 | 8588.39 |
| Total Net | | 1442.09 | 28275.33 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Employee Recognition Program | | | | 186.70 |
| Holiday Pay | | | | 901.36 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | 1.00 | 11.45 | 11.45 | 78.93 |
| Paid Time Off | | | | 2036.60 |
| Regular Pay | 80.00 | 22.90 | 1832.00 | 26081.85 |
| Retail Store Incentives | | | | 7196.58 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Hampden Twp LST | 2.00 | 32.00 |
| Employee 401k Contribution | 55.30 | 1105.91 |
| Federal Withholding | 67.66 | 2402.17 |
| 401k Loan Number 1 | 24.22 | 387.52 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 18.43 | 370.49 |
| Employee Medicare | 26.73 | 537.23 |

https://pabaix48.bcnet.capbluecross.com/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(2)

9/19/2017

| | | |
|---|---:|---:|
| Pennsylvania State Withholding | 56.59 | 1137.41 |
| PA Unemployment Employee | 1.30 | 25.94 |
| Employee Social Security | 114.30 | 2297.13 |
| Supplemental Life | 31.68 | 283.14 |
| Dep Life Child | 1.00 | 3.00 |
| Dep Life Spouse | 2.15 | 6.45 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| | | PNC | 1442.09 |

# Capital **BLUE** 🐝

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

|  |  |
|---|---|
| Number | |
| Check Date | 07/28/2017 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

**Net Pay  1433.46**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| John W. Shea | | | | --- | 07/28/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1832.00 | 35206.97 |
| Total Deductions | | 398.54 | 8187.03 |
| Total Net | | 1433.46 | 26833.24 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Employee Recognition Program | | | | 186.70 |
| Holiday Pay | 8.00 | 22.90 | 183.20 | 901.36 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | | | | 67.48 |
| Paid Time Off | 40.00 | 22.90 | 916.00 | 2036.60 |
| Regular Pay | 32.00 | 22.90 | 732.80 | 24249.85 |
| Retail Store Incentives | | | | 7196.58 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Hampden Twp LST | 2.00 | 30.00 |
| Employee 401k Contribution | 54.96 | 1050.61 |
| Federal Withholding | 66.55 | 2334.51 |
| 401k Loan Number 1 | 24.22 | 363.30 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 18.32 | 352.06 |
| Employee Medicare | 26.56 | 510.50 |

| | | |
|---|---:|---:|
| Pennsylvania State Withholding | 56.24 | 1080.82 |
| PA Unemployment Employee | 1.28 | 24.64 |
| Employee Social Security | 113.58 | 2182.83 |
| Supplemental Life | 31.68 | 251.46 |
| Dep Life Child | 1.00 | 2.00 |
| Dep Life Spouse | 2.15 | 4.30 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| | | PNC | 1433.46 |

# Capital BLUE ✿

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

Number
Check Date    07/14/2017

*VOID VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

Net Pay  1433.44

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| John W. Shea | | | | | 07/14/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1832.00 | 33374.97 |
| Total Deductions | | 398.56 | 7788.49 |
| Total Net | | 1433.44 | 25399.78 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Employee Recognition Program | | | | 186.70 |
| Holiday Pay | | | | 718.16 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | | | | 67.48 |
| Paid Time Off | | | | 1120.60 |
| Regular Pay | 80.00 | 22.90 | 1832.00 | 23517.05 |
| Retail Store Incentives | | | | 7196.58 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Hampden Twp LST | 2.00 | 28.00 |
| Employee 401k Contribution | 54.96 | 995.65 |
| Federal Withholding | 66.55 | 2267.96 |
| 401k Loan Number 1 | 24.22 | 339.08 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 18.32 | 333.74 |
| Employee Medicare | 26.57 | 483.94 |

| | | |
|---|---|---|
| Pennsylvania State Withholding | 56.24 | 1024.58 |
| PA Unemployment Employee | 1.28 | 23.36 |
| Employee Social Security | 113.59 | 2069.25 |
| Supplemental Life | 31.68 | 219.78 |
| Dep Life Child | 1.00 | 1.00 |
| Dep Life Spouse | 2.15 | 2.15 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| | | | 1433.44 |

# Capital BLUE ✚

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

Number
Check Date     06/30/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

Net Pay   1476.94

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|------------|
| John W. Shea | | | | | 3/30/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 81.00 | 1843.45 | 31542.97 |
| Total Deductions | | 366.51 | 7389.93 |
| Total Net | | 1476.94 | 23966.34 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Employee Recognition Program | | | | 186.70 |
| Holiday Pay | | | | 718.16 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | 1.00 | 11.45 | 11.45 | 67.48 |
| Paid Time Off | | | | 1120.60 |
| Regular Pay | 80.00 | 22.90 | 1832.00 | 21685.05 |
| Retail Store Incentives | | | | 7196.58 |

## Deductions

| Description | Current | Year to Date |
|-------------|---------|--------------|
| Hampden Twp LST | 2.00 | 26.00 |
| Employee 401k Contribution | 55.30 | 940.69 |
| Federal Withholding | 67.66 | 2201.41 |
| 401k Loan Number 1 | 24.22 | 314.86 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 18.43 | 315.42 |
| Employee Medicare | 26.73 | 457.37 |

| | | |
|---|---|---|
| Pennsylvania State Withholding | 56.59 | 968.34 |
| PA Unemployment Employee | 1.29 | 22.08 |
| Employee Social Security | 114.29 | 1955.66 |
| Supplemental Life | | 188.10 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| | | | 1476.94 |

Case 1:17-bk-04326-HWV    Doc 14    Filed 11/02/17    Entered 11/02/17 09:55:11    Desc
Main Document      Page 12 of 28

# Capital **BLUE** ✚

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

| | Number | 60891440 |
|---|---|---|
| | Check Date | |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

**Net Pay** 1779.62

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| John W. Shea | | | | | 06/16/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 82.00 | 2291.35 | 29699.52 |
| Total Deductions | | 511.73 | 7023.42 |
| Total Net | | 1779.62 | 22489.40 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Employee Recognition Program | | | | 186.70 |
| Holiday Pay | 8.00 | 22.90 | 183.20 | 718.16 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | 1.00 | 11.45 | 11.45 | 56.03 |
| Paid Time Off | | | | 1120.60 |
| Regular Pay | 73.00 | 22.90 | 1671.70 | 19853.05 |
| Retail Store Incentives | | 425.00 | 425.00 | 7196.58 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Hampden Twp LST | 2.00 | 24.00 |
| Employee 401k Contribution | 68.74 | 885.39 |
| Federal Withholding | 130.80 | 2133.75 |
| 401k Loan Number 1 | 24.22 | 290.64 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 22.91 | 296.99 |
| Employee Medicare | 33.22 | 430.64 |

| | | | |
|---|---|---|---|
| Pennsylvania State Withholding | 70.34 | 911.75 |
| PA Unemployment Employee | 1.60 | 20.79 |
| Employee Social Security | 142.08 | 1841.37 |
| Supplemental Life | 15.84 | 188.10 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| XXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | PNC | 1779.62 |

# Capital BLUE ✚

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

Number
Check Date          06/02/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

Net Pay  2960.11

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| John W. Shea | | | | | 06/02/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 3962.04 | 27408.17 |
| Total Deductions | | 1001.93 | 6511.69 |
| Total Net | | 2960.11 | 20709.78 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Employee Recognition Program | | | | 186.70 |
| Holiday Pay | | | | 534.96 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | | | | 44.58 |
| Paid Time Off | 2.00 | 22.90 | 45.80 | 1120.60 |
| Regular Pay | 78.00 | 22.90 | 1786.20 | 18181.35 |
| Retail Store Incentives | | 2.04 | 2.04 | 6771.58 |
| | | 2128.00 | 2128.00 | |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Hampden Twp LST | 2.00 | 22.00 |
| Employee 401k Contribution | 118.86 | 816.65 |
| Federal Withholding | 373.88 | 2002.95 |
| 401k Loan Number 1 | 24.22 | 266.42 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 39.62 | 274.08 |

| | | | |
|---|---|---|---|
| Pennsylvania State Withholding | 61.97 | 719.78 |
| PA Unemployment Employee | 1.41 | 16.41 |
| Employee Social Security | 125.16 | 1453.66 |
| Supplemental Life | 15.84 | 156.42 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxx | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | PNC | 1405.02 |

Case 1:17-bk-04326-HWV    Doc 14    Filed 11/02/17    Entered 11/02/17 09:55:11    Desc
Main Document      Page 16 of 28

# Capital BLUe ⚙

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

| | Number |
| --- | --- |
| | Check Date | 05/19/2017 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

Net Pay 1405.02

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
| --- | --- | --- | --- | --- | --- |
| John W. Shea | | | | | 5/19/2017 |

## Summary

| Description | Hours | Current | Year to Date |
| --- | --- | --- | --- |
| Total Gross | 80.00 | 2018.70 | 23446.13 |
| Total Deductions | | 426.98 | 5509.76 |
| Total Net | | 1405.02 | 17749.67 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
| --- | --- | --- | --- | --- |
| Employee Recognition Program | | 186.70 | 186.70 | 186.70 |
| Holiday Pay | | | | 534.96 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | | | | 44.58 |
| Paid Time Off | | | | 1074.80 |
| Regular Pay | 80.00 | 22.90 | 1832.00 | 16395.15 |
| Retail Store Incentives | | | | 4641.54 |

## Deductions

| Description | Current | Year to Date |
| --- | --- | --- |
| Hampden Twp LST | 2.00 | 20.00 |
| Employee 401k Contribution | 54.96 | 697.79 |
| Federal Withholding | 91.96 | 1629.07 |
| 401k Loan Number 1 | 24.22 | 242.20 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 20.19 | 234.46 |
| Employee Medicare | 29.27 | 339.97 |

| | | |
|---|---:|---:|
| Employee Medicare | 57.45 | 397.42 |
| Pennsylvania State Withholding | 121.63 | 841.41 |
| PA Unemployment Employee | 2.78 | 19.19 |
| Employee Social Security | 245.65 | 1699.31 |
| Supplemental Life | 15.84 | 172.26 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| XXXXX. | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | PNC | 2960.11 |

Case 1:17-bk-04326-HWV    Doc 14    Filed 11/02/17    Entered 11/02/17 09:55:11    Desc
Main Document      Page 18 of 28

# Capital BLUE

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

Number
Check Date          05/05/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

Net Pay  1452.44

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|------------|
| John W. Shea | | | | | 05/05/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 80.00 | 1832.00 | 21427.43 |
| Total Deductions | | 379.56 | 5082.78 |
| Total Net | | 1452.44 | 16344.65 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Holiday Pay | | | | 534.96 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | | | | 44.58 |
| Paid Time Off | | | | 1074.80 |
| Regular Pay | 80.00 | 22.90 | 1832.00 | 14563.15 |
| Retail Store Incentives | | | | 4641.54 |

## Deductions

| Description | Current | Year to Date |
|-------------|---------|--------------|
| Hampden Twp LST | 2.00 | 18.00 |
| Employee 401k Contribution | 54.96 | 642.83 |
| Federal Withholding | 66.55 | 1537.11 |
| 401k Loan Number 1 | 24.22 | 217.98 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 18.32 | 214.27 |
| Employee Medicare | 26.57 | 310.70 |
| Pennsylvania State Withholding | 56.24 | 657.81 |

Case 1:17-bk-04326-HWV    Doc 14    Filed 11/02/17    Entered 11/02/17 09:55:11    Desc
Main Document      Page 19 of 28

| | | | |
|---|---|---:|---:|
| PA Unemployment Employee | | 1.28 | 15.00 |
| Employee Social Security | | 113.58 | 1328.50 |
| Supplemental Life | | 15.84 | 140.58 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxx | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | PNC | 1452.44 |

# Capital BLUe ✚

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

|  | Number |  |
|---|---|---|
|  | Check Date | 04/21/2017 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

Net Pay 1452.43

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| John W. Shea |  |  |  |  | 04/21/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1832.00 | 19595.43 |
| Total Deductions |  | 379.57 | 4703.22 |
| Total Net |  | 1452.43 | 14892.21 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Holiday Pay |  |  |  | 534.96 |
| Holiday Worked |  |  |  | 568.40 |
| Lost Hours |  |  |  |  |
| Overtime @ 1.5 Regular |  |  |  | 44.58 |
| Paid Time Off | 8.00 | 22.90 | 183.20 | 1074.80 |
| Regular Pay | 72.00 | 22.90 | 1648.80 | 12731.15 |
| Retail Store Incentives |  |  |  | 4641.54 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Hampden Twp LST | 2.00 | 16.00 |
| Employee 401k Contribution | 54.96 | 587.87 |
| Federal Withholding | 68.55 | 1470.56 |
| 401k Loan Number 1 | 24.22 | 193.76 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 18.32 | 195.95 |
| Employee Medicare | 26.56 | 284.13 |
| Pennsylvania State Withholding | 56.24 | 601.57 |

Case 1:17-bk-04326-HWV    Doc 14    Filed 11/02/17    Entered 11/02/17 09:55:11    Desc
Main Document      Page 21 of 28

| | | | |
|---|---|---|---|
| PA Unemployment Employee | | 1.29 | 13.72 |
| Employee Social Security | | 113.59 | 1214.92 |
| Supplemental Life | | 15.84 | 124.74 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| XXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | PNC | 1452.43 |

Case 1:17-bk-04326-HWV    Doc 14    Filed 11/02/17    Entered 11/02/17 09:55:11    Desc
Main Document      Page 22 of 28

# Capital BLUE ✿

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America.

| | | |
|---|---|---|
| | Number | |
| | Check Date | 04/07/2017 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

**Net Pay  1452.45**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| John W. Shea | | | | | 04/07/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1832.00 | 17763.43 |
| Total Deductions | | 379.55 | 4323.65 |
| Total Net | | 1452.45 | 13439.78 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Holiday Pay | | | | 534.96 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | | | | 44.58 |
| Paid Time Off | | | | 891.60 |
| Regular Pay | 80.00 | 22.90 | 1832.00 | 11082.35 |
| Retail Store Incentives | | | | 4641.54 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Hampden Twp LST | 2.00 | 14.00 |
| Employee 401k Contribution | 54.96 | 532.91 |
| Federal Withholding | 66.55 | 1404.01 |
| 401k Loan Number 1 | 24.22 | 169.54 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 18.32 | 177.63 |
| Employee Medicare | 26.56 | 257.57 |
| Pennsylvania State Withholding | 56.24 | 545.33 |

Pay Stub

| | | |
|---|---|---|
| PA Unemployment Employee | 1.28 | 12.43 |
| Employee Social Security | 113.58 | 1101.33 |
| Supplemental Life | 15.84 | 108.90 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxx | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx... | PNC | 1452.45 |

Case 1:17-bk-04326-HWV    Doc 14    Filed 11/02/17    Entered 11/02/17 09:55:11    Desc
Main Document      Page 24 of 28

# Capital BLUe ✚

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

Number
Check Date     03/10/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

Net Pay  1415.92

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| John W. Shea | | 000~ | | | 03/10/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1783.20 | 14148.23 |
| Total Deductions | | 367.28 | 3576.81 |
| Total Net | | 1415.92 | 10571.42 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Holiday Pay | | | | 534.96 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | | | | 44.58 |
| Paid Time Off | | | | 534.96 |
| Regular Pay | 80.00 | 22.29 | 1783.20 | 7823.79 |
| Retail Store Incentives | | | | 4641.54 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Hampden Twp LST | 2.00 | 10.00 |
| Employee 401k Contribution | 53.50 | 424.45 |
| Federal Withholding | 61.82 | 1275.64 |
| 401k Loan Number 1 | 24.22 | 121.10 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 17.83 | 141.48 |
| Employee Medicare | 25.86 | 205.15 |
| Pennsylvania State Withholding | 54.74 | 434.35 |

Case 1:17-bk-04326-HWV    Doc 14    Filed 11/02/17    Entered 11/02/17 09:55:11    Desc
Main Document      Page 25 of 28

| | | | |
|---|---|---|---|
| PA Unemployment Employee | 1.24 | 9.90 |
| Employee Social Security | 110.56 | 877.19 |
| Supplemental Life | 15.51 | 77.55 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxx | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | PNC | 1415.92 |

# Capital **BLUE** ✚

2500 Elmerton Avenue
Harrisburg, PA 17110 United States of America

Number
Check Date      02/24/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

John W. Shea
3013 Ionoff Rd.
Harrisburg, PA 17110
US

Net Pay 4480.46

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| John W. Shea | | | | | 02/24/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 6424.74 | 12365.03 |
| Total Deductions | | 1944.28 | 3209.53 |
| Total Net | | 4480.46 | 9155.50 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Holiday Pay | | | | 534.96 |
| Holiday Worked | | | | 568.40 |
| Lost Hours | | | | |
| Overtime @ 1.5 Regular | | | | 44.58 |
| Paid Time Off | | | | 534.96 |
| Regular Pay | 80.00 | 22.29 | 1783.20 | 6040.59 |
| Retail Store Incentives | | 20.54 | 20.54 | 4641.54 |
| | | 4621.00 | 4621.00 | |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Hampden Twp LST | 2.00 | 8.00 |
| Employee 401k Contribution | 192.74 | 370.95 |
| Federal Withholding | 952.33 | 1213.82 |
| 401k Loan Number 1 | 24.22 | 96.88 |
| SUSQUEHANNA TWP - SUSQUEHANNA | 64.25 | 123.65 |
| Employee Medicare | 93.16 | 179.29 |

| | | | |
|---|---|---|---|
| Pennsylvania State Withholding | | 197.24 | 379.61 |
| PA Unemployment Employee | | 4.50 | 8.66 |
| Employee Social Security | | 398.33 | 766.63 |
| Supplemental Life | | 15.51 | 62.04 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | PNC | 4480.46 |

Case 1:17-bk-04326-HWV    Doc 14    Filed 11/02/17    Entered 11/02/17 09:55:11    Desc
Main Document      Page 28 of 28