# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JOHN W. SHEA

        Debtor(s)          CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

JOHN W. SHEA         CASE NO: 1-17-04326-HWV

        Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on November 20, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for failure to

– provide PROOF OF CREDIT COUNSELING,

filed on or about November 2, 2017 be withdrawn. The default has been cured.

Respectfully Submitted,
/s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: November 20, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN W. SHEA

              Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
              Movant

CHAPTER 13

JOHN W. SHEA

CASE NO: 1-17-04326-HWV

              Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for Debtor, has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on November 20, 2017.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on November 20, 2017.

JOHN W. SHEA
3013 IONOFF ROAD
HARRISBURG, PA 17110

CHAD J JULIUS ESQUIRE
LAW OFFICES OF LESLIE D JACOBS
8150 DERRY STREET
HARRISBURG, PA 17111-5212

              Respectfully Submitted,
              /s/ Vickie Williams
              for Charles J. DeHart, III, Trustee
              8125 Adams Drive, Suite A
              Hummelstown, PA 17036
              Phone: (717) 566-6097

Dated: November 20, 2017