```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-04326-HWV
John W. Shea                                                        Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1          User: CBoyle              Page 1 of 1          Date Rcvd: Nov 22, 2017
                              Form ID: ntnew341         Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
```
db         +John W. Shea,    3013 Ionoff Road,    Harrisburg, PA 17110-3569
4981249    +1900 Linglestown Road,    Harrisburg, PA 17110-3302
4981250    +Aspire Urgent Care and Family Medic,    49 Prince Street,    Harrisburg, PA 17109-3113
4981252    +Bureau of Account Management,    3607 Rosemont Ave,    Suite 502,    Camp Hill, PA 17011-6943
4981257    +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
4981256    +Capital One Bank,    PO Box 30253,    Salt Lake City, UT 84130-0253
4981258    +Comcast,    Po Box 985,    Toledo, OH 43697-0985
4981259    +Convergent Outsourcing,     500 SW 7th Street,    Renton, WA 98057-2983
4981261    +Goodville Mutual Casualty Co.,     145 Bradford Drive,    West Berlin, NJ 08091-9269
4981262    +J.P. Harris Associates LLC,    PO Box 226,    Mechanicsburg, PA 17055-0226
4981264    +Jewish Fed. of Greater Harrisburg,    3301 North Front Street,    Harrisburg, PA 17110-1436
4981266    +MSHMC Physicians Group,    PO Box 854,    Hershey, PA 17033-0854
4981271    +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
4981267     Penn State Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
4981270    +Pinnacle Health CardioVascular Inst,    1000 N. Front Street,    Wormleysburg, PA 17043-1034
4981272    +Strokoff & Cowden, PC,    132 State Street,    Harrisburg, PA 17101-1227
4981273    +US Dept. of Education,    PO Box 5609,    Greenville, TX 75403-5609
4981274    +US Dept. of Education/GLEL,    PO Box 7859,    Madison, WI 53707-7859
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4981251         E-mail/Text: banko@berkscredit.com Nov 22 2017 19:03:44      Berks Credit Collections,
                 PO Box 329,    Temple, PA 19560-0329
4981260        +E-mail/PDF: creditonebknotifications@resurgent.com Nov 22 2017 19:06:10      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
4981265        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2017 19:03:56      Midland Funding, LLC,
                 2365 Northside Drive,    #300,    San Diego, CA 92108-2709
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4981253*       +Bureau of Account Management,    3607 Rosemont Ave,    Suite 502,    Camp Hill, PA 17011-6943
4981254*       +Bureau of Account Management,    3607 Rosemont Ave,    Suite 502,    Camp Hill, PA 17011-6943
4981255*       +Bureau of Account Management,    3607 Rosemont Ave,    Suite 502,    Camp Hill, PA 17011-6943
4981263*       +J.P. Harris Associates LLC,    PO Box 226,    Mechanicsburg, PA 17055-0226
4981268*        Penn State Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
4981269*        Penn State Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
4981275       ##Wells Fargo Bank,    PO Box 3117,    Winston Salem, NC 27102-3117
                                                                                  TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
```
              Chad J. Julius    on behalf of Debtor 1 John W. Shea cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   PNC Mortgage, a division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

John W. Shea
Debtor(s)

Chapter 13

Case No. 1:17−bk−04326−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: January 11, 2018<br>Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CBoyle, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: November 22, 2017