```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-04326-HWV
John W. Shea                                                        Chapter 13
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr            Page 1 of 2            Date Rcvd: Jan 19, 2018
                              Form ID: ntcnfhrg          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db            +John W. Shea,    3013 Ionoff Road,    Harrisburg, PA 17110-3569
4981249       +1900 Linglestown Road,    Harrisburg, PA 17110-3302
4981250       +Aspire Urgent Care and Family Medic,    49 Prince Street,    Harrisburg, PA 17109-3113
4981252       +Bureau of Account Management,    3607 Rosemont Ave,   Suite 502,   Camp Hill, PA 17011-6943
4981257       +Capital One Bank,    PO Box 30285,   Salt Lake City, UT 84130-0285
4981256       +Capital One Bank,    PO Box 30253,   Salt Lake City, UT 84130-0253
4981258       +Comcast,   Po Box 985,    Toledo, OH 43697-0985
4981259       +Convergent Outsourcing,    500 SW 7th Street,   Renton, WA 98057-2983
4981261       +Goodville Mutual Casualty Co.,    145 Bradford Drive,    West Berlin, NJ 08091-9269
4981262       +J.P. Harris Associates LLC,    PO Box 226,   Mechanicsburg, PA 17055-0226
4981264       +Jewish Fed. of Greater Harrisburg,    3301 North Front Street,    Harrisburg, PA 17110-1436
4981266       +MSHMC Physicians Group,    PO Box 854,   Hershey, PA 17033-0854
5009278       +PNC Bank, National Association,    Attn: Bankruptcy,   3232 Newmark Drive,
                Miamisburg, OH 45342-5421
4981271       +PNC Mortgage,   PO Box 8703,    Dayton, OH 45401-8703
4981267        Penn State Hershey Medical Center,    PO Box 643291,   Pittsburgh, PA 15264-3291
4981270       +Pinnacle Health CardioVascular Inst,    1000 N. Front Street,    Wormleysburg, PA 17043-1034
4981272       +Strokoff & Cowden, PC,    132 State Street,   Harrisburg, PA 17101-1227
4981273       +US Dept. of Education,    PO Box 5609,   Greenville, TX 75403-5609
4981274       +US Dept. of Education/GLEL,    PO Box 7859,   Madison, WI 53707-7859
4998627        Wells Fargo Bank, N.A., dba WFDS,    P.O. Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4981251        E-mail/Text: banko@berkscredit.com Jan 19 2018 19:22:02    Berks Credit Collections,
                PO Box 329,   Temple, PA 19560-0329
4981260       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 19 2018 19:24:09    Credit One Bank,
                PO Box 98872,   Las Vegas, NV 89193-8872
4981265       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 19 2018 19:22:13    Midland Funding, LLC,
                2365 Northside Drive,   #300,   San Diego, CA 92108-2709
5002916        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 19 2018 19:24:33    Verizon,
                by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK 73124-8838
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4981253*      +Bureau of Account Management,    3607 Rosemont Ave,   Suite 502,   Camp Hill, PA 17011-6943
4981254*      +Bureau of Account Management,    3607 Rosemont Ave,   Suite 502,   Camp Hill, PA 17011-6943
4981255*      +Bureau of Account Management,    3607 Rosemont Ave,   Suite 502,   Camp Hill, PA 17011-6943
4981263*      +J.P. Harris Associates LLC,    PO Box 226,   Mechanicsburg, PA 17055-0226
4981268*       Penn State Hershey Medical Center,    PO Box 643291,   Pittsburgh, PA 15264-3291
4981269*       Penn State Hershey Medical Center,    PO Box 643291,   Pittsburgh, PA 15264-3291
4981275       ##Wells Fargo Bank,    PO Box 3117,   Winston Salem, NC 27102-3117
                                                                                TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: LyndseyPr            Page 2 of 2               Date Rcvd: Jan 19, 2018
                               Form ID: ntcnfhrg          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:

          Chad J. Julius    on behalf of Debtor 1 John W. Shea cjulius@ljacobsonlaw.com, brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   PNC Mortgage, a division of PNC Bank, National Association bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                       TOTAL: 4

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| John W. Shea<br>Debtor(s) | Chapter 13<br>Case No. 1:17−bk−04326−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**February 21, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Trustee Hearing Rm, Rm. 1160,<br>11th Floor, 228 Walnut Street,<br>Harrisburg, PA 17101 | Date: February 28, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 19, 2018 |