IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :        Case No: 1-17-bk-04326-HWV
JOHN W. SHEA                              :
                    Debtors,              :
                                          :        Chapter 13
                                          :

**DEBTOR'S MOTION TO AUTHORIZE WAGE ATTACHMENT**

**AND NOW COMES**, Debtor, John W. Shea, by and through her attorneys, Jacobson, Julius & Harshberger, and hereby files this Motion to Authorize Wage Attachment and in support thereof states as follows:

1. Debtor filed a Chapter 13 Petition on October 17, 2017.

2. Debtor, John W. Shea receives regular income from employment from the Capital Blue Cross that may be attached under 11 U.S.C § 1326 to fund Debtor's Chapter 13 Plan.

3. The likelihood of success in this case will be much greater if Debtor's income is attached to fund the plan.

4. Debtor consents to the wage attachment.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order directing the above-mentioned employer to pay the Chapter 13 Trustee in the amount set forth in the attached *Order*.

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

Dated: December 7, 2020             /s/Chad J. Julius
                                    ID# 209496
                                    8150 Derry Street
                                    Harrisburg, PA 17111
                                    717.909.5858
                                    717.909.7788 [fax]

## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No: 1-17-bk-04326-HWV
JOHN W. SHEA :
Debtors, :
: Chapter 13

## DEBTOR'S CONSENT TO
## VOLUNTARY WAGE ATTACHMENT

I, JOHN W. SHEA, do hereby consent to an attachment of my wages for the purpose of funding my Chapter 13 Plan.

Date: December 2, 2020 /s/JOHN W. SHEA

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No: 1-17-bk-04326-HWV
JOHN W. SHEA :
Debtors, :
: Chapter 13

### PROOF OF SERVICE

**AND NOW**, this 7th day of December, 2020 I, Dera Shade, with Jacobson, Julius & Harshberger, attorneys for the Debtor, hereby certify that on this day I served the within *Motion to Authorize Wage Attachment* upon the following persons by forwarding the same via CM/ECF or first-class mail at:

| | |
|---|---|
| Charles J. DeHart, III, Esq. | Office of U.S. Trustee |
| 8125 Adams Drive | POB 969 |
| Hummelstown, PA 17036 | Harrisburg, PA 17108.0969 |

Capital Blue Cross
Payroll Dept.
2500 Elmerton Ave.
Harrisburg, PA 17177

By: /s/ Dera Shade
Dera Shade, Paralegal

# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No: 1-17-bk-04326-HWV
JOHN W. SHEA :
Debtors, :
: Chapter 13

## ORDER

**UPON CONSIDERATION** of the above-referenced Debtors having filed a *Petition* under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further *Order* of this Court, the entity from whom Debtor receives income:

> Capital Blue Cross
> Payroll Dept.
> 2500 Elmerton Ave.
> Harrisburg, PA 17177

should deduct from said Debtor's income the sum of **$877.00 from each biweekly paycheck**, beginning on the next pay day following receipt of this *Order* and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

> Charles J. DeHart, III
> Standing Chapter 13 Trustee
> POB 7005
> Lancaster, PA 17604

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income shall notify the above listed Trustee if Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income will place the Bankruptcy Case Number [1-17-bk-04326-HWV] and the name of Debtor on all checks being forwarded to the above listed Trustee to ensure proper accounting of the funds.