**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re: John W Shea

                                                Case No.: 1-17-04326 HWV

                                                      Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PNC |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 6575 |
| Property Address if applicable: | 3013 Ionoff Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $48,654.22 |
| b. | Prepetition arrearages paid by the trustee: | $48,654.22 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $48,654.22 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

| | |
|---|---|
| Mortgage was paid through the Trustee from November 2017 through October 2024 | |
| Current monthly mortgage payment: | $1,947.45 |
| The next post-petition payment was due on: | November 2024 |

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 25, 2025                                   Respectfully submitted,


/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: John W Shea

Case No.: 1-17-04326 HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 25, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Chad Julius, Esquire
Law Offices of Leslie D Jacobson
8150 Derry St
Harrisburg PA 17111

**Served by First Class Mail**
PNC NA
Att: Bankruptcy
3232 Newmark Dr
Miamisburg OH 45342

John W Shea
3013 Ionoff Rd
Harrisburg PA 17110

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 25, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 17-04326   JOHN W. SHEA

**PNC BANK**
BANKRUPTCY DEPT
3232 NEWMARK DR
MIAMISBURG, OH   45342-

Acct No: 6575/RMMP

Sequence: 07
Modify:
Filed Date:
Hold Code:

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $146,027.32 | Interest Paid: $0.00 | |
| Amt Due: $1,947.45 | Paid: $146,027.32 | Accrued Int: $0.00 | |
| | | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **PNC BANK** | | | | | | | |
| 501-0 | PNC BANK | | 10/23/2024 | 2041253 | $1,947.45 | $0.00 | $1,947.45 | 11/08/2024 |
| | | | | | | | Payment for 10/2024 | |
| 501-0 | PNC BANK | | 09/17/2024 | 2040257 | $1,856.86 | $0.00 | $1,856.86 | 09/27/2024 |
| | | | | | | | Payment for 8/2024 | |
| 501-0 | PNC BANK | | 09/17/2024 | 2040257 | $1,856.86 | $0.00 | $1,856.86 | 09/27/2024 |
| | | | | | | | Payment for 9/2024 | |
| 501-0 | PNC BANK | | 08/07/2024 | 2039238 | $1,856.86 | $0.00 | $1,856.86 | 08/21/2024 |
| | | | | | | | Payment for 7/2024 | |
| 501-0 | PNC BANK | | 07/10/2024 | 2038358 | $1,856.86 | $0.00 | $1,856.86 | 07/23/2024 |
| | | | | | | | Payment for 6/2024 | |
| 501-0 | PNC BANK | | 05/22/2024 | 2036634 | $1,856.86 | $0.00 | $1,856.86 | 06/04/2024 |
| | | | | | | | Payment for 5/2024 | |
| 501-0 | PNC BANK | | 04/17/2024 | 2035629 | $1,856.86 | $0.00 | $1,856.86 | 04/30/2024 |
| | | | | | | | Payment for 4/2024 | |
| 501-0 | PNC BANK | | 03/14/2024 | 2034667 | $1,856.86 | $0.00 | $1,856.86 | 03/25/2024 |
| | | | | | | | Payment for 2/2024 | |
| 501-0 | PNC BANK | | 03/14/2024 | 2034667 | $1,856.86 | $0.00 | $1,856.86 | 03/25/2024 |
| | | | | | | | Payment for 3/2024 | |
| 501-0 | PNC BANK | | 01/12/2024 | 2032777 | $1,856.86 | $0.00 | $1,856.86 | 01/31/2024 |
| | | | | | | | Payment for 12/2023 | |
| 501-0 | PNC BANK | | 01/12/2024 | 2032777 | $1,856.86 | $0.00 | $1,856.86 | 01/31/2024 |
| | | | | | | | Payment for 1/2024 | |
| 501-0 | PNC BANK | | 12/19/2023 | 2031885 | $1,856.86 | $0.00 | $1,856.86 | 01/17/2024 |
| | | | | | | | Payment for 11/2023 | |
| 501-0 | PNC BANK | | 10/18/2023 | 2029980 | $1,797.66 | $0.00 | $1,797.66 | 11/03/2023 |
| | | | | | | | Payment for 9/2023 | |
| 501-0 | PNC BANK | | 10/18/2023 | 2029980 | $1,856.86 | $0.00 | $1,856.86 | 11/03/2023 |
| | | | | | | | Payment for 10/2023 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| 501-0 | PNC BANK | | 08/09/2023 | 2027981 | $1,797.66 | $0.00 | $1,797.66 | 08/21/2023 |
| | | | | | | | | Payment for 7/2023 |
| 501-0 | PNC BANK | | 08/09/2023 | 2027981 | $1,797.66 | $0.00 | $1,797.66 | 08/21/2023 |
| | | | | | | | | Payment for 8/2023 |
| 501-0 | PNC BANK | | 07/11/2023 | 2026993 | $1,797.66 | $0.00 | $1,797.66 | 07/24/2023 |
| | | | | | | | | Payment for 6/2023 |
| 501-0 | PNC BANK | | 06/13/2023 | 2026075 | $1,797.66 | $0.00 | $1,797.66 | 06/29/2023 |
| | | | | | | | | Payment for 5/2023 |
| 501-0 | PNC BANK | | 04/18/2023 | 2024129 | $1,797.66 | $0.00 | $1,797.66 | 04/28/2023 |
| | | | | | | | | Payment for 4/2023 |
| 501-0 | PNC BANK | | 03/15/2023 | 2023100 | $1,797.66 | $0.00 | $1,797.66 | 03/27/2023 |
| | | | | | | | | Payment for 3/2023 |
| 501-0 | PNC BANK | | 02/15/2023 | 2022099 | $1,797.66 | $0.00 | $1,797.66 | 02/28/2023 |
| | | | | | | | | Payment for 1/2023 |
| 501-0 | PNC BANK | | 02/15/2023 | 2022099 | $1,797.66 | $0.00 | $1,797.66 | 02/28/2023 |
| | | | | | | | | Payment for 2/2023 |
| 501-0 | PNC BANK | | 01/18/2023 | 2021095 | $1,797.66 | $0.00 | $1,797.66 | 02/02/2023 |
| | | | | | | | | Payment for 12/2022 |
| 501-0 | PNC BANK | | 12/13/2022 | 2020100 | $1,797.66 | $0.00 | $1,797.66 | 12/20/2022 |
| | | | | | | | | Payment for 11/2022 |
| 501-0 | PNC BANK | | 10/18/2022 | 2018113 | $1,940.39 | $0.00 | $1,940.39 | 10/26/2022 |
| | | | | | | | | Payment for 9/2022 |
| 501-0 | PNC BANK | | 10/18/2022 | 2018113 | $1,797.66 | $0.00 | $1,797.66 | 10/26/2022 |
| | | | | | | | | Payment for 10/2022 |
| 501-0 | PNC BANK | | 08/17/2022 | 2016039 | $1,940.39 | $0.00 | $1,940.39 | 08/24/2022 |
| | | | | | | | | Payment for 7/2022 |
| 501-0 | PNC BANK | | 08/17/2022 | 2016039 | $1,940.39 | $0.00 | $1,940.39 | 08/24/2022 |
| | | | | | | | | Payment for 8/2022 |
| 501-0 | PNC BANK | | 07/13/2022 | 2014966 | $1,940.39 | $0.00 | $1,940.39 | 07/20/2022 |
| | | | | | | | | Payment for 6/2022 |
| 501-0 | PNC BANK | | 05/17/2022 | 2012967 | $1,940.39 | $0.00 | $1,940.39 | 05/24/2022 |
| | | | | | | | | Payment for 4/2022 |
| 501-0 | PNC BANK | | 05/17/2022 | 2012967 | $1,940.39 | $0.00 | $1,940.39 | 05/24/2022 |
| | | | | | | | | Payment for 5/2022 |
| 501-0 | PNC BANK | | 03/16/2022 | 2010868 | $1,940.39 | $0.00 | $1,940.39 | 03/23/2022 |
| | | | | | | | | Payment for 2/2022 |
| 501-0 | PNC BANK | | 03/16/2022 | 2010868 | $1,940.39 | $0.00 | $1,940.39 | 03/23/2022 |
| | | | | | | | | Payment for 3/2022 |
| 501-0 | PNC BANK | | 02/16/2022 | 2009875 | $1,940.39 | $0.00 | $1,940.39 | 02/23/2022 |
| | | | | | | | | Payment for 1/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | PNC BANK | | 01/19/2022 | 2008904 | $1,940.39 | $0.00 | $1,940.39 | 01/26/2022 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | PNC BANK | | 11/16/2021 | 2006870 | $1,940.39 | $0.00 | $1,940.39 | 11/23/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | PNC BANK | | 11/16/2021 | 2006870 | $1,940.39 | $0.00 | $1,940.39 | 11/23/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | PNC BANK | | 09/14/2021 | 2004791 | $1,655.72 | $0.00 | $1,655.72 | 09/20/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | PNC BANK | | 09/14/2021 | 2004791 | $1,655.72 | $0.00 | $1,655.72 | 09/20/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | PNC BANK | | 07/14/2021 | 2002719 | $1,655.72 | $0.00 | $1,655.72 | 07/20/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | PNC BANK | | 07/14/2021 | 2002719 | $1,655.72 | $0.00 | $1,655.72 | 07/20/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | PNC BANK | | 06/16/2021 | 2001742 | $1,655.72 | $0.00 | $1,655.72 | 06/22/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | PNC BANK | | 05/18/2021 | 2000743 | $1,655.72 | $0.00 | $1,655.72 | 05/26/2021 |
| | | | | | | | Payment for 4/2021 | |
| 501-0 | PNC BANK | | 04/15/2021 | 1229359 | $1,655.72 | $0.00 | $1,655.72 | 04/21/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | PNC BANK | | 03/17/2021 | 1228349 | $1,655.72 | $0.00 | $1,655.72 | 03/25/2021 |
| | | | | | | | Payment for 1/2021 | |
| 501-0 | PNC BANK | | 03/17/2021 | 1228349 | $1,655.72 | $0.00 | $1,655.72 | 03/25/2021 |
| | | | | | | | Payment for 2/2021 | |
| 501-0 | PNC BANK | | 02/17/2021 | 1227331 | $1,655.72 | $0.00 | $1,655.72 | 02/24/2021 |
| | | | | | | | Payment for 12/2020 | |
| 501-0 | PNC BANK | | 01/19/2021 | 1226316 | $1,666.83 | $0.00 | $1,666.83 | 01/27/2021 |
| | | | | | | | Payment for 9/2020 | |
| 501-0 | PNC BANK | | 01/19/2021 | 1226316 | $1,655.72 | $0.00 | $1,655.72 | 01/27/2021 |
| | | | | | | | Payment for 10/2020 | |
| 501-0 | PNC BANK | | 01/19/2021 | 1226316 | $1,655.72 | $0.00 | $1,655.72 | 01/27/2021 |
| | | | | | | | Payment for 11/2020 | |
| 501-0 | PNC BANK | | 09/17/2020 | 1221763 | $1,666.83 | $0.00 | $1,666.83 | 09/23/2020 |
| | | | | | | | Payment for 8/2020 | |
| 501-0 | PNC BANK | | 07/07/2020 | 1219660 | $1,666.83 | $0.00 | $1,666.83 | 07/13/2020 |
| | | | | | | | Payment for 6/2020 | |
| 501-0 | PNC BANK | | 07/07/2020 | 1219660 | $1,666.83 | $0.00 | $1,666.83 | 07/13/2020 |
| | | | | | | | Payment for 7/2020 | |
| 501-0 | PNC BANK | | 06/02/2020 | 1218635 | $1,666.83 | $0.00 | $1,666.83 | 06/09/2020 |
| | | | | | | | Payment for 5/2020 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| 501-0 | PNC BANK | | 04/14/2020 | 1216645 | $1,666.83 | $0.00 | $1,666.83 | 04/21/2020 |
| | | | | | | | | Payment for 3/2020 |
| 501-0 | PNC BANK | | 04/14/2020 | 1216645 | $1,666.83 | $0.00 | $1,666.83 | 04/21/2020 |
| | | | | | | | | Payment for 4/2020 |
| 501-0 | PNC BANK | | 03/12/2020 | 1215365 | $1,666.83 | $0.00 | $1,666.83 | 03/18/2020 |
| | | | | | | | | Payment for 2/2020 |
| 501-0 | PNC BANK | | 02/13/2020 | 1214054 | $1,666.83 | $0.00 | $1,666.83 | 02/20/2020 |
| | | | | | | | | Payment for 1/2020 |
| 501-0 | PNC BANK | | 12/12/2019 | 1211339 | $1,666.83 | $0.00 | $1,666.83 | 12/18/2019 |
| | | | | | | | | Payment for 12/2019 |
| 501-0 | PNC BANK | | 11/07/2019 | 1209971 | $1,666.83 | $0.00 | $1,666.83 | 11/14/2019 |
| | | | | | | | | Payment for 10/2019 |
| 501-0 | PNC BANK | | 11/07/2019 | 1209971 | $1,666.83 | $0.00 | $1,666.83 | 11/14/2019 |
| | | | | | | | | Payment for 11/2019 |
| 501-0 | PNC BANK | | 09/26/2019 | 1207708 | $1,618.78 | $0.00 | $1,618.78 | 10/03/2019 |
| | | | | | | | | Payment for 7/2019 |
| 501-0 | PNC BANK | | 09/26/2019 | 1207708 | $1,618.78 | $0.00 | $1,618.78 | 10/03/2019 |
| | | | | | | | | Payment for 8/2019 |
| 501-0 | PNC BANK | | 09/26/2019 | 1207708 | $1,618.78 | $0.00 | $1,618.78 | 10/03/2019 |
| | | | | | | | | Payment for 9/2019 |
| 501-0 | PNC BANK | | 07/11/2019 | 1204870 | $1,618.78 | $0.00 | $1,618.78 | 07/18/2019 |
| | | | | | | | | Payment for 6/2019 |
| 501-0 | PNC BANK | | 07/11/2019 | 1204870 | $1,618.78 | $0.00 | $1,618.78 | 07/18/2019 |
| | | | | | | | | Payment for 5/2019 |
| 501-0 | PNC BANK | | 04/11/2019 | 1200835 | $1,618.78 | $0.00 | $1,618.78 | 04/17/2019 |
| | | | | | | | | Payment for 4/2019 |
| 501-0 | PNC BANK | | 03/12/2019 | 1199459 | $1,618.78 | $0.00 | $1,618.78 | 03/19/2019 |
| | | | | | | | | Payment for 3/2019 |
| 501-0 | PNC BANK | | 02/07/2019 | 1198181 | $1,618.78 | $0.00 | $1,618.78 | 02/13/2019 |
| | | | | | | | | Payment for 1/2019 |
| 501-0 | PNC BANK | | 02/07/2019 | 1198181 | $1,618.78 | $0.00 | $1,618.78 | 02/13/2019 |
| | | | | | | | | Payment for 2/2019 |
| 501-0 | PNC BANK | | 01/10/2019 | 1197069 | $1,618.78 | $0.00 | $1,618.78 | 01/17/2019 |
| | | | | | | | | Payment for 12/2018 |
| 501-0 | PNC BANK | | 12/13/2018 | 1195699 | $1,618.78 | $0.00 | $1,618.78 | 12/21/2018 |
| | | | | | | | | Payment for 11/2018 |
| 501-0 | PNC BANK | | 11/08/2018 | 1194294 | $1,604.09 | $0.00 | $1,604.09 | 11/16/2018 |
| | | | | | | | | Payment for 9/2018 |
| 501-0 | PNC BANK | | 11/08/2018 | 1194294 | $1,618.78 | $0.00 | $1,618.78 | 11/16/2018 |
| | | | | | | | | Payment for 10/2018 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | PNC BANK | | 10/10/2018 | 1192949 | $1,604.09 | $0.00 | $1,604.09 | 10/18/2018 |
| | | | | | Payment for 8/2018 | | | |
| 501-0 | PNC BANK | | 09/06/2018 | 1191599 | $1,604.09 | $0.00 | $1,604.09 | 09/13/2018 |
| | | | | | Payment for 7/2018 | | | |
| 501-0 | PNC BANK | | 08/09/2018 | 1190289 | $1,604.09 | $0.00 | $1,604.09 | 08/15/2018 |
| | | | | | Payment for 6/2018 | | | |
| 501-0 | PNC BANK | | 07/12/2018 | 1188926 | $1,604.09 | $0.00 | $1,604.09 | 07/18/2018 |
| | | | | | Payment for 5/2018 | | | |
| 501-0 | PNC BANK | | 06/07/2018 | 1187519 | $1,604.09 | $0.00 | $1,604.09 | 06/14/2018 |
| | | | | | Payment for 4/2018 | | | |
| 501-0 | PNC BANK | | 05/15/2018 | 1186244 | $1,604.09 | $0.00 | $1,604.09 | 05/22/2018 |
| | | | | | Payment for 3/2018 | | | |
| 501-0 | PNC BANK | | 03/08/2018 | 1181748 | $1,604.09 | $0.00 | $1,604.09 | 03/14/2018 |
| 501-0 | PNC BANK | | 02/08/2018 | 1180386 | $1,604.09 | $0.00 | $1,604.09 | 02/14/2018 |
| 501-0 | PNC BANK | | 01/11/2018 | 1179009 | $1,604.09 | $0.00 | $1,604.09 | 01/18/2018 |
| 501-0 | PNC BANK | | 01/11/2018 | 1179009 | $1,604.09 | $0.00 | $1,604.09 | 01/18/2018 |

Sub-totals: $146,027.32    $0.00    146,027.32

Grand Total: $146,027.32    $0.00

# Disbursements for Claim

**Case:** 17-04326      JOHN W. SHEA

**PNC BANK**
ATTN: BANKRUPTCY DEPT
3232 NEWMARK DRIVE
MIAMISBURG, OH   45342-

Sequence: 24
Modify:
Filed Date: 1/9/2018 12:00:00AM
Hold Code:

Acct No: 6575/PRE ARREARS/3013 ION

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $224,976.00 | Debt: $48,654.22 | Interest Paid: $0.00 | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $48,654.22 | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **PNC BANK** | | | | | | | |
| 520-0 | PNC BANK | | 03/18/2025 | 2046000 | $806.84 | $0.00 | $806.84 | |
| 520-0 | PNC BANK | | 11/19/2024 | 2042220 | $9,826.50 | $0.00 | $9,826.50 | 12/04/2024 |
| 520-0 | PNC BANK | | 10/23/2024 | 2041254 | $473.07 | $0.00 | $473.07 | 11/01/2024 |
| 520-0 | PNC BANK | | 09/17/2024 | 2040258 | $2,017.28 | $0.00 | $2,017.28 | 09/27/2024 |
| 520-0 | PNC BANK | | 05/22/2024 | 2036635 | $3,358.62 | $0.00 | $3,358.62 | 06/04/2024 |
| 520-0 | PNC BANK | | 04/17/2024 | 2035630 | $563.66 | $0.00 | $563.66 | 04/30/2024 |
| 520-0 | PNC BANK | | 03/14/2024 | 2034668 | $1,583.64 | $0.00 | $1,583.64 | 03/25/2024 |
| 520-0 | PNC BANK | | 01/12/2024 | 2032778 | $1,340.46 | $0.00 | $1,340.46 | 01/31/2024 |
| 520-0 | PNC BANK | | 10/18/2023 | 2029981 | $2,726.08 | $0.00 | $2,726.08 | 11/03/2023 |
| 520-0 | PNC BANK | | 08/09/2023 | 2027982 | $2,204.51 | $0.00 | $2,204.51 | 08/21/2023 |
| 520-0 | PNC BANK | | 04/18/2023 | 2024130 | $649.17 | $0.00 | $649.17 | 04/28/2023 |
| 520-0 | PNC BANK | | 03/15/2023 | 2023101 | $1,926.06 | $0.00 | $1,926.06 | 03/27/2023 |
| 520-0 | PNC BANK | | 02/15/2023 | 2022100 | $1,659.24 | $0.00 | $1,659.24 | 02/28/2023 |
| 520-0 | PNC BANK | | 10/18/2022 | 2018115 | $518.92 | $0.00 | $518.92 | 10/25/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PNC BANK | | 08/17/2022 | 2016041 | $2,290.56 | $0.00 | $2,290.56 | 08/24/2022 |
| 520-0 | PNC BANK | | 05/17/2022 | 2012969 | $122.72 | $0.00 | $122.72 | 05/24/2022 |
| 520-0 | PNC BANK | | 03/16/2022 | 2010870 | $1,611.29 | $0.00 | $1,611.29 | 03/23/2022 |
| 520-0 | PNC BANK | | 11/16/2021 | 2006872 | $2,312.95 | $0.00 | $2,312.95 | 11/23/2021 |
| 520-0 | PNC BANK | | 09/14/2021 | 2004793 | $810.46 | $0.00 | $810.46 | 09/20/2021 |
| 520-0 | PNC BANK | | 07/14/2021 | 2002721 | $448.80 | $0.00 | $448.80 | 07/21/2021 |
| 520-0 | PNC BANK | | 07/07/2020 | 1219662 | $257.41 | $0.00 | $257.41 | 07/15/2020 |
| 520-0 | PNC BANK | | 04/14/2020 | 1216648 | $835.75 | $0.00 | $835.75 | 04/21/2020 |
| 520-0 | PNC BANK | | 12/12/2019 | 1211342 | $1,635.07 | $0.00 | $1,635.07 | 12/18/2019 |
| 520-0 | PNC BANK | | 11/07/2019 | 1209975 | $4,743.91 | $0.00 | $4,743.91 | 11/14/2019 |
| 520-0 | PNC BANK | | 09/26/2019 | 1207712 | $616.18 | $0.00 | $616.18 | 10/03/2019 |
| 520-0 | PNC BANK | | 04/11/2019 | 1200838 | $1,091.93 | $0.00 | $1,091.93 | 04/17/2019 |
| 520-0 | PNC BANK | | 03/12/2019 | 1199461 | $2,071.00 | $0.00 | $2,071.00 | 03/19/2019 |
| 520-0 | PNC BANK | | 02/07/2019 | 1198183 | $152.14 | $0.00 | $152.14 | 02/15/2019 |
| | | | | Sub-totals: | $48,654.22 | $0.00 | $48,654.22 | |
| | | | | Grand Total: | $48,654.22 | $0.00 | | |