United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>John W. Shea<br>      Debtor | Case No. 17-04326-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John W. Shea, 3013 Ionoff Road, Harrisburg, PA 17110-3569 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 4981249 | + | 1900 Linglestown Road, Harrisburg, PA 17110-3302 |
| 4981250 | + | Aspire Urgent Care and Family Medic, 49 Prince Street, Harrisburg, PA 17109-3113 |
| 4981261 | + | Goodville Mutual Casualty Co., 145 Bradford Drive, West Berlin, NJ 08091-9269 |
| 4981262 | + | J.P. Harris Associates LLC, PO Box 226, Mechanicsburg, PA 17055-0226 |
| 4981264 | #+ | Jewish Fed. of Greater Harrisburg, 3301 North Front Street, Harrisburg, PA 17110-1436 |
| 4981266 | + | MSHMC Physicians Group, PO Box 854, Hershey, PA 17033-0854 |
| 4981267 | | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 4981272 | #+ | Strokoff & Cowden, PC, 132 State Street, Harrisburg, PA 17101-1227 |
| 4981274 | + | US Dept. of Education/GLEL, PO Box 7859, Madison, WI 53707-7859 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2025 18:46:00 | PNC Bank, N.A., 3232 Newmark Dr., Miamisburg, OH 45342 |
| 4981251 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 15 2025 18:46:00 | Berks Credit Collections, PO Box 329, Temple, PA 19560-0329 |
| 4981252 | ^ | MEBN | Apr 15 2025 18:45:01 | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 4981256 | + | EDI: CAPITALONE.COM | Apr 15 2025 22:42:00 | Capital One Bank, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 4981257 | + | EDI: CAPITALONE.COM | Apr 15 2025 22:42:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4981258 | + | EDI: COMCASTCBLCENT | Apr 15 2025 22:42:00 | Comcast, Po Box 985, Toledo, OH 43697-0985 |
| 4981259 | + | EDI: CONVERGENT.COM | Apr 15 2025 22:42:00 | Convergent Outsourcing, 500 SW 7th Street, Renton, WA 98057-2983 |
| 4981260 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2025 18:46:58 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 4981265 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2025 18:46:00 | Midland Funding, LLC, 2365 Northside Drive, #300, San Diego, CA 92108-2710 |
| 5009278 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2025 18:46:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | OH 45342 |
| 4981271 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2025 18:46:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 5019515 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 15 2025 18:46:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 4981273 | + | Email/Text: EDBKNotices@ecmc.org | Apr 15 2025 18:46:00 | US Dept. of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 5002916 | | EDI: AIS.COM | Apr 15 2025 22:42:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4981275 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 15 2025 18:58:54 | Wells Fargo Bank, PO Box 3117, Winston Salem, NC 27102-3117 |
| 4998627 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Apr 15 2025 18:58:54 | Wells Fargo Bank, N.A., dba WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4981255 | *+ | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 4981253 | *+ | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 4981254 | *+ | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 4981263 | *+ | J.P. Harris Associates LLC, PO Box 226, Mechanicsburg, PA 17055-0226 |
| 4981268 | * | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 4981269 | * | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 4981270 | ##+ | Pinnacle Health CardioVascular Inst, 1000 N. Front Street, Wormleysburg, PA 17043-1034 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 John W. Shea cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

James Warmbrodt      on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com

United States Trustee      ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John W. Shea<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4850<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-04326-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John W. Shea

4/15/25

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**